UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joshua M. Colbath

    v.                                        No. 06-fp-350

Lakes Region Facility, Warden

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-350-SM.

**SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

Date: September 19, 2006

cc:    Joshua M. Colbath, *pro se*