UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joshua M. Colbath


       v.                           06-cv-350-SM


Lakes Region Facility, Warden


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated November 14, 2006, no objection having been filed, for the

reasons set forth therein.    The Petition for Writ of Habeas Corpus is hereby

dismissed without prejudice.

SO ORDERED.


December   7,  2006
                                                    _____
Steven J. McAuliffe
Chief Judge


cc:    Joshua M. Colbath, pro se